5541

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 5/18/06 | CASE NUMBER 06-1124 |

**NAME OF DEFENDANT:** Geranios John William
**ADDRESS OF DEFENDANT:** Beverly Hills CA 90210
**TELEPHONE NUMBER:** 310-994-6500

**NAME[s] OF SURETY[ies]:**
**ADDRESS[es] OF SURETY[ies]:**
**TELEPHONE NUMBER(s):**

**NAME OF CUSTODIAN:**
**RELATIONSHIP TO DEFENDANT:**
**ADDRESS OF CUSTODIAN:**
**TELEPHONE NUMBER:**

**AMOUNT OF BOND:** $ OR
☐ UNSECURED
☐ SECURED BY $ OR DEPOSIT RECEIVED
**OTHER SECURITY POSTED/TO BE POSTED BY:**
**TIME AND DATE OF NEXT APPEARANCE:** 6/20/06 9:00 am
**COURTROOM:** Yosemite Magistrate

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each conditions checked:

☒ Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.
☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☐ Defendant shall not travel outside the Eastern District of California, that is, these counties: Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, Yuba, See map on reverse side.
☒ Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel and the U.S. Attorney in the writing of any change in address and telephone number.
☐ Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency, and contact that agency by phone for further instructions of the first working day following your release from custody.
☐ Defendant shall surrender all passports and visas to the Court by _____ and shall not apply for any other passports.
☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant shall remain in the custody of the custodian named above, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal. If the custodian fails to do so, he/she will be prosecuted for contempt of court.

| TO NOTIFY U.S. MARSHAL: | Monday through Friday, 8:00 A.M. to 4:30 P.M. — (559) 498-7205 |
| | After hours, weekends and holidays — (800) 336-0102 |

☐ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.
☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ The following conditions also apply:

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgement may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

**SIGNATURE OF DEFENDANT:** X
**SIGNATURE(s) OF SURETY[ies]:**
**SIGNATURE OF CUSTODIAN:**

Signed before me on the date shown above. This order authorizes the Marshal to release defendant from custody.

**SIGNATURE OF MAGISTRATE:**

1. CLERK OF COURT — WHITE COPY

EDCA-1

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)
#P0617525

I state that on May 11th, 2006 while exercising my duties as a law enforcement officer in the Eastern District of California I was patrolling northbound on the Wawona Highway, near the Wawona Meadow, in a marked patrol vehicle, monitoring traffic with a Kustom Signals RADAR unit (serial # ED0392) set in the moving mode. I observed a blue Porsche two-door, coupe, convertible, with CA license plate 5PQZ088, approaching my location at a high rate of speed. Based on my experience and training, I estimated this speed to be 50mph in a sign posted 35mph zone. As I visually tracked the vehicle, I heard a strong, steady tone from my calibrated RADAR unit indicating a single target lock. The target window indicated a forward velocity of 50mph. I stopped the vehicle using my emergency lights and contacted the driver, GERANIOS, who was identified by his valid CA driver's license. I tested the calibration of my RADAR unit prior to and just after the stop.

The foregoing statement is based upon:
X my personal observation    X my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the above information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/18/06 [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

X Defendant Signature _____

Officer's Copy (Pink)            NPS 10-50 (Rev. 7-05)

---

United States District Court
Violation Notice

CVB Location Code: CA76

Violation Number: P 0617525
Officer Name (Print): C. CAGLE
Officer No.: 2344

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/18/06 @ 1520
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36CFR4.21(c)

Place of Offense: Wawona Hwy, northbound, Wawona Meadow

Offense Description: Exceeding the speed limit, to wit 50mph in a 35mph zone (sign posted)

DEFENDANT INFORMATION    Phone: (310) 994-6500
Last Name: GERANIOS
First Name: John
M.I.: W.
Street Address: _____
City: Beverly Hills
State: CA
Zip Code: 90210
Date of Birth: _____
Drivers License No.: N891C677
D.L. State: CA
Social Security No.: _____
☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female
Hair: BRN  Eyes: BRN  Height: 608  Weight: 170

VEHICLE DESCRIPTION    VIN: WP0CA2993SS340743
Tag No.: 5PQZ088
State: CA
Year: 95
Make/Model: Porsche 2 dr.
Color: BLU

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 75 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 101 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original CVB Copy            NPS 10-50 (Rev. 7-)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)
#P0613428

I state that on May 11th, 2006 while exercising my duties as a law enforcement officer in the Eastern District of California I stopped a blue Porsche two-door, coupe convertible, with CA license plate 5PQZ088, for speeding, to wit 50mph in a sign posted 35mph zone. I contacted the driver, GERANIOS, who was identified by his valid CA driver's license. As I handed the citation to GERANIOS and asked, "do you have any questions," he put the vehicle in gear, snatched the ticket from my hand and accelerated the vehicle forward rapidly. The vehicle tires broke traction in the gravel, and threw gravel backward. The rear passenger's side tire was accelerated over my foot in the process. I arrested GERANIOS for assault and unsafe operations of a motor vehicle.

The foregoing statement is based upon:
X my personal observation    X my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the above information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/18/06   [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

X Defendant Signature _____

Officer's Copy (Pink)    NPS 10-50 (Rev. 7-05)

---

United States District Court
Violation Notice

CVB Location Code: CA76

Violation Number: P 0613428
Officer Name (Print): C. CAGLE
Officer No.: 2344

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/18/06 @ 1530
Offense Charged: X CFR  ☐ USC  ☐ State Code: 36 CFR 4.22(b)(1)
Place of Offense: Wawona Hwy, Chilnualna Falls Rd.
Offense Description: Unsafe operations of motor vehicle to wit failure to maintain control

DEFENDANT INFORMATION    Phone: (310) 994-6500
Last Name: GERANIOS    First Name: John    M.I.: W.
Street Address: _____
City: Beverly Hills    State: CA    Zip Code: 90210    Date of Birth: _____
Drivers License No.: N8916677    D.L. State: CA    Social Security No.: _____
X Adult  ☐ Juvenile    Sex: X Male  ☐ Female    Hair: BRN    Eyes: BRN    Height: 6'00    Weight: 170

VEHICLE DESCRIPTION    VIN: WP0CA2993SS340743
Tag No.: 5PQZ088    State: CA    Year: 95    Make/Model: Porsche 2dr    Color: BLUE

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

CV#06-1124

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____    Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____
Original - CVB Copy    NPS 10-50 (Rev. 7-05)

STATEMENT
(For issuance of an arrest warrant or summons)
#P0613427

I state that on May 11th, 2006 while exercising my duties as a law enforcement officer in the Eastern District of California I stopped a blue Porsche two-door, coupe convertible, with CA license plate 5PQZ088, for speeding, to wit 50mph in a sign posted 35mph zone. I contacted the driver, GERANIOS, who was identified by his valid CA driver's license. I subsequently arrested GERANIOS for assault and unsafe operation of a motor vehicle after he ran over my foot speeding away from the traffic stop. During a search of his motor vehicle incident to his arrest I discovered a small clear-plastic baggie containing what I immediately recognized to be either cocaine or methamphetamine. This baggie was inside a pocket of a black backpack, which was in the floorboard of the driver's side back seat. GERANIOS had earlier in the contact retrieved his CA driver's license from that same bag and credit cards and other identification bearing GERANIOS' name were also contained inside. The passenger of the Porsche stated, "that is his backpack" when asked. A presumptive field test, done at the Yosemite Holding Facility in Yosemite Valley, indicated positive results for methamphetamines. The total amount weighed in at 0.6 grams.

The foregoing statement is based upon:
X my personal observation    X my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the above information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/18/06

Probable cause has been stated for the issuance of a warrant.

Executed on:

X Defendant Signature _____

Officer's Copy (Pink)                NPS 10-50 (Rev. 7-05)

---

**United States District Court Violation Notice**

CVB Location Code: CA76

Violation Number: P 0613427
Officer Name (Print): C. CAGLE
Officer No.: 2344

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/18/06 @ 1530
Offense Charged: ☒ USC   21 USC 844
Place of Offense: Wawona Hwy, Chihuahua Falls Rd.
Offense Description: Possession of a controlled substance, to wit 0.6g methamphetamine

**DEFENDANT INFORMATION**
Phone: (310) 994-6500
Last Name: GERANIOS
First Name: John
M.I.: W.
Street Address: ___
City: Beverly Hills
State: CA
Zip Code: 90210
Date of Birth: ___
Drivers License No.: N8916677
D.L. State: CA
Social Security No.: ___
☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female
Hair: BRN  Eyes: BRN  Height: 600  Weight: 170

**VEHICLE DESCRIPTION**
VIN: WP0CA2993SS340743
Tag No.: 5PQZ088
State: CA
Year: 95
Make/Model: Porsche 2dr
Color: BLUE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

CI #06-1124

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: ___
Date (mm/dd/yyyy): ___
Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____
Original - CVB Copy        NPS 10-50 (Rev. 7-0_)

P0613427

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)
#P0613429

I state that on May 11th, 2006 while exercising my duties as a law enforcement officer in the Eastern District of California I stopped a blue Porsche two-door, coupe convertible, with CA license plate 5PQZ088, for speeding, to wit 50mph in a sign posted 35mph zone. I contacted the driver, GERANIOS, who was identified by his valid CA driver's license. As I handed the citation to GERANIOS and asked, "do you have any questions," he put the vehicle in gear, snatched the ticket from my hand and accelerated the vehicle forward rapidly. The vehicle tires broke traction in the gravel, and threw gravel backward. The rear passenger's side tire was accelerated over my foot in the process. I arrested GERANIOS for disorderly conduct, to wit recklessly creating a risk of jeopardy or violence by engaging in an act that is physically threatening or done in a manner that is likely to inflict injury.

The foregoing statement is based upon:
X my personal observation     X my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the above information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/18/06  [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

X Defendant Signature _____

Officer's Copy (Pink)          NPS 10-50 (Rev. 7-05)

---

**United States District Court Violation Notice**

CVB Location Code: CA76
Violation Number: P 0613429
Officer Name (Print): C. CAGLE
Officer No.: 2344

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/18/06 @ 1530
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.34(a)(2)
Place of Offense: Wawona Hwy, Chinquapin Falls Rd.
Offense Description: Disorderly Conduct

**DEFENDANT INFORMATION**
Phone: (310) 994-6500
Last Name: GERANIOS
First Name: John
M.I.: W
City: Beverly Hills    State: CA    Zip Code: 90210
Date of Birth: _____
Drivers License No.: N8916677    D.L. State: CA    Social Security No.: _____
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRN   Eyes: BRN   Height: 6'00"   Weight: 170

**VEHICLE DESCRIPTION**   VIN: WP0CA2993SS340742
Tag No.: 5PQZ088   State: CA   Year: 95   Make/Model: Porsche 2dr   Color: BLUE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
CT #06-1124

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy          NPS 10-50 (Rev. 7-05)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)
#P0613426

I state that on May 11th, 2006 while exercising my duties as a law enforcement officer in the Eastern District of California I stopped a blue Porsche two-door, coupe convertible, with CA license plate 5PQZ088, for speeding, to wit 50mph in a sign posted 35mph zone. I contacted the driver, GERANIOS, who was identified by his valid CA driver's license. As I handed the citation to GERANIOS and asked, "do you have any questions," he put the vehicle in gear, snatched the ticket from my hand and accelerated the vehicle forward rapidly. The vehicle tires broke traction in the gravel, and threw gravel backward. The rear passenger's side tire was accelerated over my foot in the process. I arrested GERANIOS for assault and unsafe operations of a motor vehicle.

The foregoing statement is based upon:
X my personal observation    X my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)
I declare under penalty of perjury that the above information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/18/06

Probable cause has been stated for the issuance of a warrant.

Executed on:

---

**United States District Court Violation Notice**

CVB Location Code: CA76

Violation Number: P 0613426
Officer Name (Print): C. CAGLE
Officer No.: 2344

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/18/06 @ 1530
Offense Charged: ☐ CFR  ☒ USC  ☐ State Code: 18 USC 113(a)(5)
Place of Offense: Wawona Hwy, Chilnualna Falls Rd junction
Offense Description: Assault

DEFENDANT INFORMATION   Phone: (310) 994-6500
Last Name: GERANIOS
First Name: John
M.I.: W.
Street Address:
City: Beverly Hills
State: CA
Zip Code: 90210
Date of Birth (mm/dd/yyyy):
Drivers License No.: N8916677
D.L. State: CA
Social Security No.:
☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRN   Eyes: BRN   Height: 6'00   Weight: 170

VEHICLE DESCRIPTION   VIN: WP0CA2935SS340743
Tag No.: 5PQZ088
State: CA
Year: 95
Make/Model: Porsche 2dr.
Color: BLUE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

CI #06-1124

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy                              NPS 10-50 (Rev. 7-05)