IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
YOSEMITE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     v.<br><br>**John W. Geranios** | **JUDGMENT**<br>**INCLUDING SENTENCE UNDER THE**<br>**SENTENCING REFORM ACT**<br><br>CASE NUMBER:   6:06-mj-00067-WMW<br><br>Robert Wynne<br>(Defendant's Attorney of Record) |

        THE DEFENDANT was found guilty on Count(s)  One and Three  , in the ( )Information (X)Violation Notice, after a (X) plea of guilty ( ) court trial.

        Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 18 USC 113 (a) (5) | Assault | Two | 05/18/2006 |
| 36 CFR 2.35 (b)(2) | Possess Controlled Substance | Three | 05/18/2006 |

        The defendant is sentenced as provided in pages  1  through  2  of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]     Count(s)  1, 4, 5  , are dismissed on Motion of the Government.

[X]     The fine imposed by this Judgment is $  1980.00  , and is payable to the Clerk of the court.

[X]     The mandatory special assessment imposed by this sentence is $  20.00  , payable to the Clerk of the court.

[ ]     No fine is imposed, due to the defendant's inability to pay.

[ ]     Restitution imposed by this Judgment is $_____, payable to:

        _____
        (Payee's Name)

        _____
        (Payee's Address)

        _____
        (City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

DEFENDANT:   John W. Geranios                        **JUDGMENT - Page  2  of  2**
CASE NUMBER: 6:06-mj-00067-WMW

Social Security Number XXX-XX-2521

Date of Birth: _____

  The defendant is placed on **Limited Supervised Probation** for   12   month(s), and shall abide by the following standard conditions adopted by the court:

1.  The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance.  Revocation of probation is mandatory for illegal possession of a controlled substance.

2.  The defendant shall report, forthwith, to the probation officer and thereafter as directed.

3.  The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.

4.  The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.

5.  The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

  **You shall comply with the following special conditions:**

[ ]  _____ months/days jail facility, pursuant to 18 USC §3563(b)(11), to commence as directed by the probation officer.

[ ]  _____ months/days Community Corrections Center, pursuant to 18 USC §3562(b)12), as directed by the probation officer.  Pay costs of confinement, as determined by the Bureau of Prisons.

[ X ]    40   hours of unpaid community service, on or before September 14, 2007 at a private non-profit organization and provide written proof of completion to the deputy clerk, by September 21, 2007. If unable to complete community service as ordered, the defendant shall appear in U.S. Magistrate Court at Yosemite on September 25, 2007 at 10:00 AM.

[X]  Attend Narcotics Anonymous, weekly for six months, provide proof to deputy clerk in Yosemite by September 14, 2007.

[X]  The defendant shall refrain from any unlawful use of a controlled substance.

[X]  The defendant shall submit to one drug test within 15 days entry onto probation and at least two periodic drug tests thereafter, not to exceed four drug tests per month.

Mailing Address:          Date of Sentencing:  3/27/2006

 411 Oakhurst Dr. PH1

Beverly Hills , CA 94041        /s/ William M. Wunderlich
Residence Address:         Signature of Judicial Officer

same as above

               William M. Wunderlich, U.S. Magistrate Judge
               Name & Title of Judicial Officer

County:  Los Angeles  County     DATE:  April 18, 2007