**Martin Taleisnik, SB # 172218**
SAWL & NETZER
2150 Tulare Street
Fresno, CA 93721
Telephone: (559) 266-9800
Fax: (559) 266-3421

Attorney for John William Geranios

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### YOSEMITE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs <br> JOHN WILLIAM GERANIOS, <br> Defendant. | No. 6:06-MJ-00067-WMW <br> **ORDER TO ALLOW FOR FOREIGN TRAVEL** |

**IT IS HEREBY ORDERED** that Defendant be allowed to travel internationally for work purposes. This Order pertains to the following dates but is not exclusive:

1. Bangkok, Thailand from September 8 - September 14, 2007;
2. Vancouver, British Columbia from September 14 - 19, 2007;
3. Munich, Germany from September 28 - October 10, 2007;
4. London, England from December 7 - December 10, 2007;
5. Lima, Peru from January 10 - 15, 2007;
6. Sydney, Australia from February 17 - 18, 2008; and,
7. Mexico City, Mexico from March 8 - 12, 2008.

All prior terms and conditions of Mr. Geranios' Limited Supervised Probation will remain in full force and effect.

**Martin Taleisnik, SB # 172218**
SAWL & NETZER
2150 Tulare Street
Fresno, CA 93721
Telephone: (559) 266-9800
Fax: (559) 266-3421

Attorney for John William Geranios

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

### YOSEMITE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> JOHN WILLIAM GERANIOS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 6:06-MJ-00067-WMW <br><br> **DECLARATION IN SUPPORT OF ORDER TO ALLOW FOREIGN TRAVEL** |

TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT:

I, MARTIN TALEISNIK, do hereby declare as follows:

1. I am an attorney with Sawl & Netzer. Sawl & Netzer represents John William Geranios.

2. Mr. Geranios was originally placed on Limited Supervised Probation for 12 months beginning on April 3, 2007 for violations of 18 USC 113(a)(5) (Assault) and 36 CFR 2.35(b)(2) (Possess of a Controlled Substance).

3. To the best of my knowledge, Mr. Geranios has been in vigilant contact with Probation Officer Tiffany Embry (213-891-3500) and is in compliance with all terms of his \ probation.

4. Mr. Geranios is now required to travel extensively for him employer. He works for the Education Assistance Council, 3580 Wilshire Blvd., Los Angeles, CA, 90010. Domestic travel is not opposed by Ms. Embry. However, for foreign travel, the approval of the Court is necessary. Ms. Embry does not opposed allowing Mr. Geranios to travel internationally provided his travel is authorized by the Court.

5.  I have spoken with Elizabeth Waldow of the National Park Service Law Enforcement Office. She has spoken with Mr. Geranios' probation officer and is satisfied that Mr. Geranios is in compliance with the terms of his Limited Supervision Probation. Ms. Waldow, due in part to Mr. Geranios' compliance with probation thus far, does not oppose Mr. Geranios being allowed to travel internationally for business purposes.

6.  Mr. Geranios understands that he is required to obey all continuing orders of the Court or Probation. He understands that all prior orders, terms, and conditions made by the Court will remain in full force and effect.

I do declare, under penalty of perjury, that the foregoing is true to the best of my knowledge.

Date: September 6, 2007                    Respectfully submitted,

/s/ Martin Taleisnik
Martin Taleisnik
Sawl & Nezter
Attorney for John William Geranios

IT IS SO ORDERED.

mmk

Dated:   September 7, 2007            /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE